**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**PARKERSBURG DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        CRIMINAL ACTION NO.     6:12-cr-00059-02

MACK BROOKS,

        Defendant.

**MEMORANDUM OPINION AND JUDGMENT ORDER**

On November 1, 2014, the United States Sentencing Guidelines were amended resulting in reductions in the guidelines in Section 2D1.1.   The guideline reduction was given retroactive effect.   Pursuant to the order entered on February 5, 2016, this case was designated for Standard consideration.

The Court has received the original Presentence Investigation Report (PSI), original Judgment and Commitment Order and Statement of Reasons, and addendum to the PSI from the Probation Office, and received any materials submitted by the parties on this issue.   The Court concludes that the Defendant is not eligible for a reduction in his sentence because his sentence of 240 months is below the amended guideline range of 324 to 465 months.

Based on the foregoing considerations, the Court finds that the Defendant is ineligible for a sentence reduction based on the 2014 amendments to U.S.S.G. § 2D.1.1.   Accordingly, Defendant's request for a sentence reduction is **DENIED.**

        **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:        July 11, 2016


THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE